Dismissed and Memorandum Opinion filed September 8, 2005









Dismissed and Memorandum Opinion filed September 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00282-CV

____________

 

CHRISTIE PATRICK
AND ED BILLINGS, Appellants

 

V.

 

MID‑CONTINENT
CASUALTY COMPANY, Appellee

 



 

On Appeal from the
270th District Court

Harris County, Texas

Trial Court Cause
No. 03‑10925 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
March 3, 2004.

On August 31, 2005, the parties filed a
joint motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

 

 

/s/        Eva M. Guzman

Justice

 

Judgment rendered
and Memorandum Opinion filed September 8, 2005.

Panel consists of
Justices Yates, Edelman, and Guzman.